[Nos. 39233-6-I; 42530-7-I.   Division One.   April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE TODD HUNTER, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 95-1-01006-1, James H. Allendoerfer, J., entered August 9, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Cox, JJ.

[No. 39928-4-I.   Division One.   April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD JUNIOR MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00655-1, David A. Nichols, J., entered December 13, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 40178-5-I.   Division One.   April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL GENE ROUSH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00263-4, Steven J. Mura, J., entered January 15 and February 4, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Ellington, JJ.

[No. 40681-7-I.   Division One.   April 12, 1999.]

JIJ CORPORATION, *Appellant*, v. YAMATO DEVELOPMENT CANADA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-00740-1, Steven J. Mura, J., entered June 14 and July 17, 1996, and May 29, July 28, and October 14, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.